**BOSTON SCIENTIFIC CORPORA- TION and Scimed Life Systems, Inc., Plaintiffs–Appellants,**

v.

**WILSON–COOK MEDICAL INCOR- PORATED, Defendant–Appellee.**

**No. 01–1153.**

United States Court of Appeals, Federal Circuit.

May 30, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).